IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CRYSTAL JOY BLAKELY,<br><br>Defendant. | CR 24-128-BLG-SPW<br><br><br>ORDER |

The United States has filed an Unopposed Motion for Dismissal of Forfeiture Proceedings (Doc. 34). For good cause being shown,

IT IS HEREBY ORDERED that the forfeiture action in the above-captioned case is DISMISSED with prejudice.

DATED this 14th day of August, 2024.

SUSAN P. WATTERS
United States District Judge