IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CRYSTAL JOY BLAKELY,<br><br>　　　　　Defendant. | CR 24-128-BLG-SPW-1<br><br>ORDER |

For the reasons stated on the record, CRYSTAL JOY BLAKELY is hereby released from the custody of the U.S. Marshals Service.

DATED this 19th day of February, 2026.

　　　　　　　　　　　　　　　　　／s／ Susan P. Watters
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1